# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUAA ZUHAIR ABDULAHAD,<br><br>Plaintiff,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, et al.,<br><br>Defendants. | Case No. 20cv1785-LAB-AHG<br><br>**ORDER GRANTING MOTION TO DISMISS [Dkt. 6]** |

The parties filed a Joint Motion to Dismiss this action. The Court finds good cause for dismissal, so the motion is **GRANTED**. The Complaint is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1). The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: December 30, 2020

*Larry A. Burns*
Hon. Larry A. Burns
Chief United States District Judge